```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
MARIBEL VALDEZ,                  :   08 Civ. 5235 (LAP)
                                 :
                Plaintiff,       :   ORDER
                                 :
        v.                       :
                                 :
ECOLAB INC.,                     :
                                 :
                Defendant.       :
                                 :
- - - - - - - - - - - - - - - - -X

LORETTA A. PRESKA, U.S.D.J.

   According to the Notice of Removal [dkt. no. 1], Defendant received the Summons and Complaint in this case on March 12, 2008, and the Notice of Removal was filed on June 6, 2008. The Defendant shall show cause why this action should not be remanded to the Supreme Court of the State of New York for failure to comply with 28 U.S.C. § 1446(b) on July 7, 2008 at 9:30 a.m. in Courtroom 12A at the U.S. Courthouse, 500 Pearl St., New York, New York 10007.

   Papers in opposition to remand shall by filed by June 23, 2008; any response shall be filed by June 27, 2008.


SO ORDERED:

DATED:     New York, New York
           June 11, 2008

                                    _____
                                    LORETTA A. PRESKA, U.S.D.J.