UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MARIBEL VALDEZ,                        :   08 CV 5235 (LAP)
                                       :
           Plaintiff,                 :   ORDER
                                       :
   v.                                  :
                                       :
ECOLAB INC.,                           :
                                       :
           Defendant.                 :
                                       :
------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

      Plaintiff's counsel failed to appear at a return date of the Order to Show Cause dated June 11, 2008.

      The return date is adjourned to July 15 at 10:00 a.m. Failure to appear may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED:

Dated: July 7, 2008

                                            _____
                                            LORETTA A. PRESKA, U.S.D.J.

Valdezorder77