UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/08
```

MARIBEL VALDEZ,           )    Case No. 1:08-cv-5235

      Plaintiff,     )

vs.                )    ORDER FOR ADMISSION
                 )    PRO HAC VICE OF
ECOLAB INC.,       )    RYAN L. NILSEN, ESQ.

      Defendant.   )

Upon the motion of JAMES S. DOBIS, attorney for Ecolab, Inc., and said sponsor

attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

> RYAN L. NILSEN, ESQ.
> BOWMAN and BROOKE LLP
> 150 South Fifth Street, Suite 3000
> Minneapolis, MN 55402
> Phone: (612) 339-8682
> Fax: (612) 672-3200
> Email: ryan.nilsen@bowmanandbrooke.com

is admitted to practice pro hac vice as counsel for Ecolab Inc., in the above-captioned

case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of the Court,

including Rules governing discipline of attorneys.

IT IS FURTHER ORDERED, that a conformed copy of the within Order be

served upon all attorneys of record within seven (7) days of the date hereof.

Dated: *August 12, 2008*

_____
U.S.D.J.